Rehearing denied.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**91–969.** Huston v. Morris. *Franklin County*, No. 90AP–1009. Reported at 61 Ohio St.3d 1427, 575 N.E.2d 216. On motion for reconsideration of denial of motion to certify the record. Motion denied.

Sweeney, Douglas and Resnick, JJ., dissent.

**91–1376.** Haller v. Haller. *Cuyahoga County*, No. 58739. Reported at 62 Ohio St.3d 1403, 577 N.E.2d 357. On motion for rehearing. Rehearing denied.

Douglas, J., dissents.

## DISCIPLINARY DOCKET

**90–2539.** Disciplinary Counsel v. Conley. On response to show cause order. Bernard Carl Conley is found in contempt and the order is placed in his file.

H. Brown and Resnick, JJ., would grant an extension of time.

**91–458.** Columbus Bar Assn. v. Herrold. On motion for payment of costs in installments. Russell P. Herrold III is permitted to pay costs in installments of not less than $200 per month.

Moyer, C.J., dissents.

H. Brown, J., not participating.